EULA V. FRANKLIN, PLAINTIFF-RESPONDENT, v. U. S.
BRONZE POWDER WORKS, DEFENDANT-PETITIONER.

See same case below: 6 *N. J. Super.* 320.

*Mr. James J. Carroll* and *Mr. Frank Fink* for the petitioner.

*Messrs. Hein & Smith* and *Mr. Seymour A. Smith* for the
respondent.

May 8, 1950.    Denied.